Columbus  |  Cincinnati  |  Cleveland  |  New Jersey  |  New York  

216-373-0539      notices@dannlaw.com      216-373-0536
Main Office Telephone      Office-Wide Email      Fax

June 13, 2024

Hon. Michael B. Kaplan, Chief Judge
United States Bankruptcy Court
District of New Jersey
402 E. State Street, Courtroom 8
Trenton, OH 08608

Re: Kelly Mangus, Tammy Boswell, Travis Blankenship, et als. v. Rite Aid Corporation, et als.
Adversary Case No.: 24-ap-1211

Dear Chief Judge Kaplan;

The Plaintiff's in the above referenced case are requesting an Alias Summons for the Complaint field on May 15, 2024 to be issued to the Defendants.

Sincerely,

/s/ Javier L. Merino, Esq.
Javier L. Merino, Esq., Atty ID: #078112014
The Dann Law Firm, P.C.
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com